IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

YOLANDA WEEMS UTLEY,

    Plaintiff,

v.

RIVER CITY,

    Defendant.

Case No. 25-CV-00694-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of June 6, 2025 (Doc. 8), this action is **DISMISSED with prejudice**.

**DATED: June 6, 2025**

    MONICA A. STUMP,
    Clerk of Court


By: *s/ Jackie Muckensturm*
    Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
    STEPHEN P. MCGLYNN
    U.S. District Judge